```
 1  BILAL A. ESSAYLI
    United States Attorney
 2  CHRISTINA T. SHAY
    Assistant United States Attorney
 3  Chief, Criminal Division
    CHRISTOPHER C. KENDALL (Cal. Bar No. 274365)
 4  Assistant United States Attorney
    Deputy Chief, Transnational Organized Crime Section
 5  PATRICK CASTAÑEDA (Cal. Bar No. 319431)
    Assistant United States Attorney
 6  Transnational Organized Crime Section
         1400 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-2576/0637
         Facsimile: (213) 894-0142
 9       E-mail:    christopher.kendall@usdoj.gov
                    patrick.castaneda@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-03488-DUTY |
|---|---|
| Plaintiff, | <u>STIPULATION TO CONTINUE POST-INDICTMENT ARRAIGNMENT</u> |
| v. | |
| KRISTOPHER CHASE MALILAY, | |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Christopher C. Kendall and Patrick Castañeda, and defendant KRISTOPHER CHASE MALILAY, by and through his counsel of record, James S. Threatt, hereby stipulate as follows:

   1.   Defendant was arrested on a complaint on June 6, 2025, made his initial appearance on June 9, 2025, and was ordered detained. The Court set post-indictment arraignment for June 27, 2025.

2.    Defendant waived his right to a preliminary hearing on June 16, 2025.  The date by which an information or indictment must be filed is July 9, 2025.

3.    For defendant to meaningfully consult with counsel regarding the case, including the possibility of entering into a plea agreement prior to or concurrent with the filing of an indictment or information in this case, defendant will need additional time to confer with counsel.

4.    By this stipulation, the parties agree, stipulate, and request that the court continue defendant's post-indictment arraignment to July 16, 2025, one week after the date by which an information or indictment must be filed.

//

5.  The parties further agree, stipulate, and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an information or indictment must be filed.

IT IS SO STIPULATED.

Dated: June 26, 2025

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

_____
CHRISTOPHER C. KENDALL
PATRICK CASTAÑEDA
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: June 26, 2025

_____
JAMES S. THREATT
Attorney for Defendant
KRISTOPHER CHASE MALILAY