FILED
CLERK, U.S. DISTRICT COURT

7/8/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MMC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-00563-MWC |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1791(a)(2), (b)(3): Possessing Contraband in Prison] |
| KRISTOPHER CHASE MALILAY, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1791(a)(2), (b)(3)]

On or about June 2, 2025, in Los Angeles County, within the Central District of California, defendant KRISTOPHER CHASE MALILAY, an inmate at Metropolitan Detention Center Los Angeles, a Federal detention facility, knowingly possessed a prohibited object, specifically, approximately 11.67 grams of a mixture and substance

//
//
//
//
//
//

containing a detectable amount of tetrahydrocannabinolic acid, a Schedule I controlled substance sourced from marijuana.

BILAL A. ESSAYLI
United States Attorney

*Christina Shay*

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

J. MARK CHILDS
Assistant United States Attorney
Chief, Transnational Organized Crime Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, Transnational Organized Crime Section

PATRICK CASTAÑEDA
Assistant United States Attorney
Transnational Organized Crime Section