UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:25-cr-00563-MWC | Date: 07/15/2025 |
| Present: The Honorable: Patricia Donahue, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |
| Isabel Verduzco | CS 07/15/2025 | Robert Quealy |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  In Custody       Attorneys for Defendants:  ✓ Present  DFPD

Kristopher Chase Malilay                                James S. Threatt

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel
                                                   Initial Appearance

* Defendant states true name is the name on the Information.
* Defendant is arraigned under name on the Information.
* Defendant acknowledges having read the Information and discussed it with counsel.
* Court advises that the defendant has a constitutional right to be charged with a felony by an indictment from a grand jury, but that right can be waived and if so, the case would proceed on an information filed by the United States Attorney.
* Court asks if the defendant has discussed waiving the right to indictment by a grand jury with his attorney, and if so whether the defendant has formally waived that right.
* Defendant signs waiver of indictment in court.
* Waiver of Indictment is submitted, accepted by the Court, and filed.
* This case is assigned to Judge Michelle Williams Court.
* Counsel are ordered to contact the Courtroom Deputy Clerk Teresa Jackson at (213) 894-0539 to set dates for the guilty plea and all further proceedings. Judge Court is located in 6A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA        PSAED        PSASA          Initial Appearance/Appointment of Counsel: 00 : 00
  ✓ USMLA        USMED        USMSA          Arrangement: 00 : 05
     Statistics Clerk           Interpreter                Initials of Deputy Clerk: IV by TRB
     CJA Supervising Attorney   Fiscal