UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – GENERAL

| Case No. | LA CR25-00563-MWC | Date | August 8, 2025 |
|---|---|---|---|

| Present: The Honorable | Michelle Williams Court, United States District Judge |
|---|---|

| Interpreter | |
|---|---|

| T. Jackson | CourtSmart | Christopher Kendall, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Kristopher Chase Malilay | | X | X | James Threatt, DFPD | X | | X |

**Proceedings:**   **CHANGE OF PLEA**

| | |
|---|---|
| X | Defendant moves to change his plea to an Information. |
| X | Defendant is sworn. |
| X | Defendant enters a new and different plea of GUILTY to the Single-Count Information. |
| X | The Court advises the defendant of his Constitutional rights and questions the defendant regarding the plea of GUILTY. The Court finds there is an independent factual basis for the plea and further finds the plea is made freely, intelligently and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights. The Court accepts the plea and orders that the plea be entered. |
| X | The Court refers the defendant to the Probation Office for investigation and an <u>expedited</u> report and the matter is continued to **September 26, 2025, at 10:00 a.m.,** for sentencing. Sentencing position papers shall be filed **September 19, 2025**. Counsel shall contact the clerk if counsel do not intend to file sentencing position papers. |
| X | The Court vacates the pretrial conference and jury trial date for this defendant. |

|  | : | 38 |
|---|---|---|
| Initials of Deputy Clerk | TJ | |

cc: USPO; USM